IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GLEN DARNELL PERRIAN                                                PETITIONER
ADC #155185

v.                     Case No. 5:16-cv-00104 JM-JTK

WENDY KELLEY, Director,
Arkansas Department of Correction                                   RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 5th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE